Matthew L. Johnson (6004)
JOHNSON & GUBLER, P.C.
8831 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
Bankruptcy Counsel for Debtor

D. Lee Roberts, Jr., Esq. (8877)
Matthew I. Kramer, Esq. (15261)
Sebastian Cribari, Esq. (15888)
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:(702) 938-3838
Facsimile: (702) 938-3864
lroberts@wwhgd.com
scribari@wwhgd.com
*Proposed Special Litigation Counsel for Plaintiff 21st Century Communities Inc., FCT-MM, LLC, and FCT-SM, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 21st CENTURY COMMUNITIES, INC., FCT-MM, LLC, and FCT-SM, LLC,<br><br>Plaintiffs<br><br>vs.<br><br>FALLBROOK CAPITAL SECURITIES CORPORATION; FMI ASSET MANAGEMENT, LLC; ROSE EATON, an individual; BRANDT BLANKEN, an individual; IDACORP FINANCIAL SERVICES, INC.; DOES I–X; and ROE CORPORATIONS I–X,<br><br>Defendants | Case No. 2:24-cv-00131-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES RELATING TO MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiffs 21st Century Communities, Inc., FCT-MM, LLC, and FCT-SM, LLC (collectively, "Plaintiffs"), and Defendants Fallbrook Capital Securities Corporation, FMI Asset Management, LLC, Rose Eaton, Brandt Blanken, and Idacorp Financial Services, Inc. (collectively, "Defendants") (together with Plaintiffs, the "Parties") by and through their respective undersigned counsel, hereby respectfully submit this Stipulation and Order to extend all deadlines relating to Defendants' pending Motion to Dismiss. (ECF No. 7).

## STIPULATION

The Parties hereby stipulate that all deadlines relating to Defendants' pending Amended Motion to Dismiss or in the Alternative to Transfer to United States District Court for Western District of Tennessee, filed February 2, 2024 (the "Motion"), (ECF No. 7), shall be extended by two weeks. Specifically, Plaintiffs' deadline to respond to the Motion shall be extended until March 1, 2024, and Defendants' deadline to reply to the response shall be extended accordingly.

The Parties have recently engaged in productive discussions regarding a resolution of the issues relating to this action and Defendants' Motion. However, this extension of time is needed to allow the Parties time to finalize their plan of action relating to those issues.

The requested extension is made in good faith and is not for purposes of delay. This is the first stipulation for extension of time relating to Defendants' Motion.

The Parties waive no rights, claims, or defenses by this Stipulation.

**IT IS SO STIPULATED**.

Dated this 16th day of February, 2024.

*/s/ Sebastian Cribari*
D. Lee Roberts, Jr., Esq.
Matthew I. Kramer, Esq.
Sebastian Cribari, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118

*Proposed Special Litigation Counsel for Plaintiffs 21st Century Communities, Inc., FCT-SM, LLC, and FCT-MM, LLC*

Dated this 16th day of February, 2024.

*/s/ R. Christopher Reade (w/ permission)*
Timothy S. Cory, Esq.
Nevada Bar No. 001972
R. Christopher Reade, Esq.
Nevada Bar No. 006791
CORY READE DOWS AND SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
(702) 794-4411

*Attorneys for Defendants IDACORP FINANCIAL SERVICES, INC., FALLBROOK CAPITAL SECURITIES CORPORATION, FMI ASSET MANAGEMENT, LLC and ROSE EATON*

**IT IS SO ORDERED:**

_____
United States District Judge
Dated: February 21, 2024