Matthew L. Johnson (6004)
JOHNSON & GUBLER, P.C.
8831 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
Bankruptcy Counsel for Debtor

D. Lee Roberts, Jr., Esq. (8877)
Matthew I. Kramer, Esq. (15261)
Sebastian Cribari, Esq. (15888)
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:(702) 938-3838
Facsimile: (702) 938-3864
lroberts@wwhgd.com
scribari@wwhgd.com
*Counsel for Plaintiff 21st Century Communities Inc.,*
*FCT-MM, LLC, and FCT-SM, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 21st CENTURY COMMUNITIES, INC., FCT-MM, LLC, and FCT-SM, LLC,<br><br>Plaintiffs<br><br>vs.<br><br>FALLBROOK CAPITAL SECURITIES CORPORATION; FMI ASSET MANAGEMENT, LLC; ROSE EATON, an individual; BRANDT BLANKEN, an individual; IDACORP FINANCIAL SERVICES, INC.; DOES I–X; and ROE CORPORATIONS I–X,<br><br>Defendants | Case No. 2:24-cv-00131-CDS-MDC<br><br>**ORDER GRANTING STIPULATION TO TRANSFER ACTION TO UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE**<br><br>[ECF No. 11] |

Plaintiffs 21st Century Communities, Inc., FCT-MM, LLC, and FCT-SM, LLC (collectively, "Plaintiffs"), and Defendants Fallbrook Capital Securities Corporation, FMI Asset Management, LLC, Rose Eaton, Brandt Blanken, and Idacorp Financial Services, Inc. (collectively, "Defendants") (together with Plaintiffs, the "Parties") by and through their respective undersigned counsel, hereby respectfully submit this Stipulation and Order to transfer this action to the United States District Court for the Western District of Tennessee.

**STIPULATION**

WHEREAS, on September 22, 2021, Plaintiffs FCT-MM LLC and FCT-SM LLC (collectively "FCT Entities") brought suit before the Chancery Court of Shelby County, Tennessee centered on allegations that Defendants improperly removed the FCT Entities' from Forest Creek Townhomes LLC, a Tennessee limited liability company. Defendants promptly removed the Chancery Court Action to the United States District Court for the Western District of Tennessee, Case No. 2:21-cv-02593-MSN-cgc, as more specifically set forth in the pleadings ("Tennessee District Court Action").

WHEREAS, each of the Plaintiffs have filed bankruptcy within the District of Nevada which have are being jointly administered in the 21st Century Communities, Inc., bankruptcy case with Case No. 23-12047-nmc ("Bankruptcy Case").

WHEREAS, on January 3, 2024, Plaintiffs commenced an adversary proceeding against Defendants in the United States Bankruptcy Court for the District of Nevada, Case No. 24-01003-nmc, as more specifically set forth in the pleadings (the "Nevada Adversary Action").

WHEREAS, on January 3, 2024, Plaintiffs filed their Motion to Withdraw the Reference of the Nevada Adversary Action with the United States Bankruptcy Court for the District of Nevada in Case No. 23-12047-nmc, at ECF 170, and in the Adversary Proceeding, Case No. 24-01003-nmc at ECF 5.  That matter was docketed with this Court on January 8, 2024. (ECF No. 1).

WHEREAS, on January 11, 2024, the Bankruptcy Court in the Bankruptcy Case removed 21st Century from possession and Subchapter V Trustee, Brian D. Shapiro was provided with expanded powers in the Bankruptcy Case.

WHEREAS, on February 2, 2024, Defendants filed their Amended Motion to Dismiss or in the Alternative to Transfer to United States District Court for the Western District of Tennessee (the "Dismissal/Transfer Motion") (ECF No. 7).

WHEREAS, on February 22, 2024, a resolution was reached in the Bankruptcy Cases which was placed on the record before the United States Bankruptcy Court for the District of Nevada.  As part of such resolution and to avoid the further cost, uncertainty and delay attendant to the Dismissal/Transfer Motion, the Parties have stipulated to the transfer of the Nevada

WEINBERG WHEELER HUDGINS GUNN & DIAL

WEINBERG WHEELER
HUDGINS GUNN & DIAL

1  Adversary Action to the United States District Court for the Western District of Tennessee so that

2  the same court may adjudicate both the Tennessee District Court Action and the Nevada Adversary

3  Action.

4  WHEREAS, as part of such resolution, the Parties have agreed to stay the Nevada

5  Adversary Case and Tennessee District Court Action until the earlier of (a) the Bankruptcy Case

6  being dismissed; or (b) the Bankruptcy Court entering an order terminating the automatic stay of

7  the Tennessee District Court Action.

8  WHEREAS, all parties reserve their rights after transfer of the Nevada Adversary Case to

9  filing any applicable pleading including but not limited to  (1) filing a motion to dismiss, (2) filing

10 a motion to consolidate the Nevada Adversary Case and Tennessee District Court Action, (3) filing

11 a motion to amend the complaint subsequent to the parties completing mediation in accordance

12 with the Binding Points of Agreement.  THEREFORE the Parties stipulate that this Stipulation is

13 filed in good faith and is not intended to cause unnecessary delay. The convenience of the parties

14 favors transfer to the Western District of Tennessee. Because the Tennessee District Court Action

15 is already pending in Tennessee, it would be efficient for the parties and the Court to also transfer

16 the Nevada Adversary Action to Tennessee. There is thus good cause to transfer the case to the

17 Western District of Tennessee.  The Parties waive no rights, claims, or defenses by this Stipulation.

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

IT IS, THEREFORE, HEREBY STIPULATED that the Nevada Adversary Action is transferred to the United States District Court for the Western District of Tennessee and the matter is stayed until the earlier of (a) the Bankruptcy Case being dismissed; or (b) the Bankruptcy Court entering an order terminating the automatic stay of the Tennessee District Court Action.

**IT IS SO STIPULATED**.

Dated this 1st day of March, 2024.

*/s/ Matthew I. Kramer*
D. Lee Roberts, Jr., Esq.
Matthew I. Kramer, Esq.
Sebastian Cribari, Esq.
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118

*Counsel for Plaintiffs 21st Century
Communities, Inc., FCT-SM, LLC, and
FCT-MM, LLC*

Dated this 1st day of March, 2024.

*/s/ R. Christopher Reade*
Timothy S. Cory, Esq.
Nevada Bar No. 001972
R. Christopher Reade, Esq.
Nevada Bar No. 006791
CORY READE DOWS AND SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
(702) 794-4411

*Attorneys for Defendants IDACORP
FINANCIAL SERVICES, INC., FALLBROOK
CAPITAL SECURITIES CORPORATION,
FMI ASSET MANAGEMENT, LLC and ROSE
EATON*

**IT IS SO ORDERED:**

_____
United States District Judge

Dated:__March 4, 2024_____